**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOHN BROWN**                                                                      **PETITIONER**

**VS.**                                    **5:16CV00381-BRW**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                               **RESPONDENT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 45)

submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.   After

carefully considering the objections and making a *de novo* review of the record, I approve and

adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED and the

requested relief is DENIED.

The Motion for Order to Authorize Discovery, Compel a Search for Evidence, and Order

DNA Testing (Doc. No. 33) is DENIED.

A certificate of appealability will not be issued.

IT IS SO ORDERED this 30th day of March, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE