IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHN BROWN**                                                                                        **PETITIONER**

**VS.**                          **5:16CV00381-BRW**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

## **JUDGMENT**

Based on the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 30th day of March, 2018.

                                          /s/ Billy Roy Wilson_____
                                          UNITED STATES DISTRICT JUDGE