**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JOHN BROWN**                                                                                          **PETITIONER**

**VS.**                                              **5:16-CV-00381-BRW-JJV**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                  **RESPONDENT**

## JUDGMENT

Based on the Order entered today, judgment is entered for Petitioner.

IT IS SO ORDERED this 21st day of August, 2018.


                                                 /s/ Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE